IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES WALKER,
Plaintiff,

v.

MARVIN POWERS, et al.,
Defendants.                                                          No. 05-CV-0824-DRH

MEMORANDUM and ORDER

HERNDON, District Judge:

### I. Introduction

On November 16, 2005, James Walker, an inmate confined at Tamms Correctional Center, filed suit against Defendants for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983 (Doc. 1). Specifically, Walker alleges that Defendants were deliberately indifferent to his serious medical needs.

Pursuant to **28 U.S.C. § 636(b)(1)(B)**, Magistrate Judge Philip M. Frazier submitted a Report and Recommendation ("the Report") on March 16, 2007 (Doc. 56). The Report recommends that the Court deny Plaintiff's motion for temporary restraining order (Doc. 35). The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within ten days of service of the Report. To date, none of the parties has filed objections. The period in which to file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** the Report (Doc. 56). The Court

**DENIES** Walker's motion for temporary restraining order (Doc. 35).

      **IT IS SO ORDERED.**

Signed this 6th day of April, 2007.

                                  /s/      David   RHerndon
                                  **United States District Judge**